# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Citadel Watford City Disposal Partners, LP<br>    Debtor | Bankruptcy Case No.: 15–11323–KJC<br><br>Bankruptcy Chapter:  11 |
| Citadel Watford City Disposal Partners, L.P.<br><br>    Plaintiff<br><br>    vs.<br><br>State of North Dakota, Industrial Commission of<br>North Dakota, Oil and Gas Division<br><br>    Defendant(s) | Adv. Proc. No.:  17–50015–KJC |

**JUDGMENT BY DEFAULT**

On 2/27/2017, default was entered against defendant(s) State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) State of North Dakota, Industrial Commission of North Dakota, Oil and Gas Division in the amount of $50,000.00

In addition, interest is hereby awarded to plaintiff at the rate provided in 28 U.S.C. 1961.

Date: 2/28/17

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433a)